# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| LESLIE AKERS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 13-0794-CV-W-DGK |
| ) | |
| AUTO-OWNERS (MUTUAL) ) | |
| INSURANCE COMPANY, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Having considered Plaintiffs' Motion to Dismiss (Doc. 83), it is hereby

ORDERED that Plaintiffs' claims against Defendant are dismissed with prejudice. The Court further ORDERS Defendant to file a status report regarding its counterclaim for a declaratory judgment. This status report shall be filed on or before October 22, 2014.

                                                                  /s/ Greg Kays
                                                                  GREG KAYS, CHIEF JUDGE
                                                                  UNITED STATES DISTRICT COURT

Dated: October 16, 2014